| | |
|---|---|
| 1 | GEORGE G. WALKER, Esq. (SBN No. 25345) |
| | 400 Montgomery St., Suite 200 |
| 2 | San Francisco, California 94104 |
| | (415) 421- 6911 |
| 3 | |
| 4 | Attorney for Defendant MI YOUNG SIM |

| | | |
|---|---|---|
| 5 | ) | |
| | ) | CR No. 05-00395 CRB |
| 6 | UNITED STATES OF AMERICA ) | |
| | ) | |
| 7 | Plaintiffs, ) | **STIPULATED ORDER RE** |
| | ) | **EXONERATION OF BAIL** |
| 8 | vs. ) | |
| | ) | |
| 9 | YOUNG JOON YANG, et al, ) | |
| | ) | |
| 10 | Defendants. ) | |
| | ) | |

11

12    FOR GOOD CAUSE SHOWN and based upon the stipulation of the parties IT IS

13 HEREBY ORDERED that the bail posted on behalf of defendant MI YOUNG SIM be

14 exonerated.

15    The clerk of the court is ordered to reconvey the following described property to the

16 trustor on the deed of trust posted as security for defendant SIM'S bail: Deed of Trust dated

17 July 6, 2005 and recorded on July 6, 2005 as Document Number 2005-H985115-00 in the

18 Official Records of San Francisco County, California.

19

20                    Respectfully submitted and stipulated,

21

22

23 Dated: September 9, 2008            /s/
                                    _____
                                     George G. Walker
24                                   Attorney for Defendant
                                     Mi Young Sim
25

26

27

28

-1-

1  Dated: September 9, 2008                /s/
                                    _____
2                                   Peter Axelrod
                                    Assistant U.S. Attorney

3

4  IT IS SO ORDERED:

5

6  Dated:  September 9, 2008
                                    _____
7                                   Charles R. Breyer
                                    District Court Judge

*[Stamp: IT IS SO ORDERED, signed Judge Charles R. Breyer, United States District Court, Northern District of California]*