**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No. CR 05-00395-24 CRB

12              Plaintiff,                     **ORDER FOR FIDELITY TITLE
                                              COMPANY TO SHOW CAUSE**
13     v.

14   MI YOUNG SIM,
              a/k/a/ Jackie,
15
              Defendant.
16   _____/

17
           The Court hereby ORDERS Fidelity Title Company, through its authorized representative, to
18
     appear at a hearing to show cause why it should not be held in contempt for participating in the
19
     violation of this Court's August 6, 2008 Order (docket no. 769 in the above-referenced case)
20
     directing that the proceeds of the sale of Defendant Mi Young Sim's house at 130 Goldmine Drive,
21
     San Francisco, California, be used to satisfy the Court's forfeiture judgment, and directing that
22
     proceeds from the sale of said house be deposited with the United States Attorneys Office, 450
23
     Golden Gate Avenue, San Francisco, California.  The hearing will he held on February 17, 2010, at
24
     2:15 pm in Courtroom 8.
25
           **IT IS SO ORDERED.**
26

27
     Dated: February 4, 2010                   _____
28                                             CHARLES  R. BREYER
                                              UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\395\OSC - Fidelity.wpd