IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MI YOUNG SIM,<br>      a/k/a/ Jackie,<br><br>      Defendant.                   / | No. CR 05-00395-24 CRB<br><br>**ORDER OF SERVICE** |

TO THE UNITED STATES MARSHALS SERVICE:

You are hereby ORDERED to serve on Dena M. Cruz, Holme Roberts & Owen LLP, 560 Mission Street, 25th Floor, San Francisco, CA 94105, the Order for Fidelity Title Company to Show Cause, docket no. 858, in the above-referenced case.

**IT IS SO ORDERED.**

Dated: February 4, 2010

                                            CHARLES R. BREYER
                                            UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\395\order of service - Fidelity.wpd