United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No. CR 05-395 CRB

12              Plaintiff,                    **ORDER**

13       v.

14    MI YOUNG SIM,

15              Defendant.
      _____/

16

17        The Government is hereby ORDERED to submit to the Court copies of the judgment

18    liens that were recorded on the Defendant's property.  Furthermore, Fidelity Title Company

19    is ORDERED to submit a copy of the title insurance policy issued to the buyer of that

20    property.

21    **IT IS SO ORDERED.**

22

23

24    Dated: February 18, 2010          _____
                                        CHARLES  R. BREYER
25                                      UNITED STATES DISTRICT JUDGE

26

27

28

G:\CRBALL\2005\395\Order to produce documents.wpd